IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01919-PAB-BNB

DAMON BOWLIN,

Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio corporation d/b/a Auto-Owners Insurance,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Third Motion to Extend Expert Disclosure Deadline and First Motion to Extend Discovery Deadline** [docket no. 21, filed February 19, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 7, 2014**; the defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 7, 2014**; and the plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 18, 2014**.

IT IS FURTHER ORDERED that the discovery cut-off is extended to **April 30, 2014**.

DATED:  February 20, 2014